# CERTIFICATE OF SERVICE

I, <u>     Amy M. Huber     </u>, certify that I am, and at all times during the service of process was,
        (name)
not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of the Summons, Notice of Dispute Resolution Alternatives, and a copy of the Complaint was made <u> May 22, 2025 </u> by:
      (date)

✓    Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

    Alan Rubin
    14 Comstock Court
    Ridgefield, CT 06877


☐    Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐    Residence Service: By leaving the process with the following adult at:

☐    Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐    Publication: The defendant was served as follows: [Describe briefly]

☐    State Law: The defendant was served pursuant to the laws of the State of _____,
as follows: [Describe briefly]                                                                                                (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

<u>May 22, 2025                     </u>                                                            <u>/s/ Amy M. Huber           </u>
Date                                                                                                              Signature

| |
|---|
| Print Name: Amy M. Huber, Bankruptcy Paralegal |
| Business Address: Archer & Greiner, P.C., Three Logan Square, 1717 Arch Street, Suite 3500 |
| City: Philadelphia                   State: PA                   Zip: 19103 |